JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
GERALD RATULOWSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-CR-417 TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE** |
| v. | ) | **TIME** |
| | ) | |
| GERALD RATULOWSKI, | ) | |
| | ) | DATE: June 20, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney and defendant GERALD RATULOWSKI by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for April 26, 2013 be continued to June 20, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

The parties stipulate that the Court should find the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 20, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 22, 2013                Respectfully submitted,

                                     JOSEPH SCHLESINGER
                                     Acting Federal Defender

                                     /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     GERALD RATULOWSKI


DATED: April 22, 2013                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Benjamin Galloway for
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

1    The Court orders that the time from the date of the parties
2    stipulation, up to and including June 20, 2013, shall be excluded from
3    computation of time within which the trial of this case must be
4    commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
5    § 3161(h)(7)(A) and(B)(iv) T4 (reasonable time for counsel to prepare).
6    It is further ordered that the April 26, 2013 status conference shall
7    be continued until June 20, 2013, at 9:30 a.m.

DATED: April 23, 2013

Troy L. Nunley
United States District Judge