BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALD J. RATULOWSKI,<br><br>Defendant. | CASE NO. 2:12-CR-00417 TLN<br><br>**STIPULATION AND ORDER ADVANCING CHANGE OF PLEA FROM FROM DECEMBER 19, 2013, TO DECEMBER 12, 2013** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 19, 2013. Time was excluded under local code T4 until December 19, 2013.

///

///

///

///

///

///

2. By this stipulation, the parties now move to advance the status conference to December 12, 2013, and to continue to exclude time through that date under Local Code T4. It is anticipated that the defendant will enter a change of plea on December 12, 2013. IT IS SO STIPULATED.

Dated: November 18, 2013  Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

By: */s/ Kyle Reardon*
KYLE REARDON
Assistant U.S. Attorney

Dated: November 18, 2013  */s/ Kyle Reardon* for
BENJAMIN GALLOWAY
Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>GERALD J. RATULOWSKI,<br><br>   Defendant. | CASE NO. 2:12-CR-00417 TLN<br><br>**ORDER ADVANCING STATUS CONFERENCE FROM DECEMBER 19, 2013, TO DECEMBER 12, 2013** |

The parties' stipulation is approved and so ordered. The status conference currently set for December 19, 2013, shall be advanced to December 12, 2013. Time will continue to be excluded under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

Dated: November 18, 2013

_____
Troy L. Nunley
United States District Judge